UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTIAN SANCHEZ, on behalf of himself and all others similarly situated,<br><br>                      Plaintiffs,<br><br>-against-<br><br>BFTV, LLC<br>                      Defendant. | Docket No: 1:21-cv-01646<br><br>**NOTICE OF SETTLEMENT** |

Now comes the Plaintiff CHRISTIAN SANCHEZ by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and states:

1. A settlement in principle has been reached between Plaintiff and Defendant and a settlement agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and certain conditions have been fulfilled pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice, and without costs, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. The parties respectfully request that the Court stay this case and adjourn all deadlines and conferences.

    Dated:    Brooklyn, New York
                   March 15, 2021

                                                    Respectfully submitted,
                                                    /s/ *Joseph H. Mizrahi*
                                                    Joseph H. Mizrahi, Esq.