

Joseph H. Mizrahi – Attorney
300 Cadman Plaza W, 12th Floor
Brooklyn, NY 11201
P: 929-575-4175 | F: 929-575-4195
E: joseph@cml.legal | W: cml.legal

April 7, 2021

**VIA ECF**
Honorable Judge Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:    Sanchez v. BFTV, LLC; Case No: 1:21-cv-01646-JPC

Dear Judge Cronan,

    This firm represents Plaintiff Cristian Sanchez (hereinafter "Plaintiff") in this matter, which involves claims asserted under Title III of the ADA, 42 U.S.C. § 12181. Defendant is represented by counsel at Greenberg Traurig LLP.

    As per the Court's March 16, 2021 Order, all deadlines and conferences were adjourned and the parties were ordered to either file a stipulation of dismissal or update the Court on the status of the case. It is now April 7, 2021, and the parties are in the final phase of settlement on the matter. At this time, Counsel for the parties respectfully request an additional 30 days in which to finalize the terms of the agreement and thereafter file a Stipulation of Dismissal.

The parties' request is granted. If the parties have not voluntarily dismissed this case by May 10, 2021, the parties must submit a letter updating the Court on the status of settlement discussions by that date.

SO ORDERED.

Date:   April 8, 2021
          New York, New York

_____
JOHN P. CRONAN
United States District Judge

Respectfully submitted,

/S/ Joseph H. Mizrahi
Joseph H. Mizrahi, Esq.

/S/ Alana C. Srour
Alana C. Srour, Esq.

    Cc: All counsel of record (Via ECF)
    Cc: Eric Sigda, esq.